

11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

Michael Cornelius Pratt,                    * From the 42nd District
                                              Court of Taylor County,
                                              Trial Court No. 25404A.

Vs. No. 11-14-00329-CR                      * May 19, 2016

The State of Texas,                         * Memorandum Opinion by Willson, J.
                                              (Panel consists of: Wright, C.J.,
                                              Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.